# UNITED STATES DISTRICT COURT
для the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jermain Johnson | )<br>)<br>)<br>) Case No: 5:04-CR-314-1F<br>) USM No: 21647-056 |
| Date of Original Judgment: July 5, 2005<br>Date of Previous Amended Judgment: July 29, 2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Cindy Bembry<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 186 months **is reduced to** 149 months in Count 1.

The sentence in Count 3 remains 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 5, 2005, and July 29, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/21/16

*(signature)*
Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011